**MOR-1**

# UNITED STATES BANKRUPTCY COURT

CASE NAME: Texas Semi Truck Sales LLC
CASE NUMBER: 17-36582
PROPOSED PLAN DATE: Pending

PETITION DATE: 12/4/2017
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH OF

| MONTH | December | January | February | March | April | May | June | July |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 23,371 | 33,108 | 21,984 | | | | | |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 38 | 6,269 | -3,299 | | | | | |
| NET INCOME (LOSS) (MOR-6) | 38 | 6,269 | -3,299 | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 13,475 | 8,434 | -8,088 | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 2,000 | 0 | 2,000 | | | | | |
| TOTAL DISBURSEMENTS (MOR-8)* | 24,664 | 35,269 | 28,124 | | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) | 1/19 |
| LIABILITY | YES | 1/19 |
| VEHICLE | YES ( X ) NO ( ) | 8/18 |
| WORKER'S | YES ( X ) NO ( ) | 2/19 |
| OTHER | YES ( ) NO ( ) | 2/19 |

| | CIRCLE ONE | |
|---|---|---|
| Are all accounts receivable being collected within terms? | Yes | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes | No |
| Have any pre-petition liabilities been paid? | Yes | No |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | Yes | No |
| Were any assets disposed of outside the normal course of business? | Yes | No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes | No |
| What is the status of your Plan of Reorganization? | | |

ATTORNEY NAME: Reese Baker
FIRM NAME: Baker and Associates
ADDRESS: 951 Echo Lane
Suite 201
CITY, STATE, ZIP: Houston, TX 77025
TELEPHONE/FAX: 713-869-9100

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X [signature] TITLE: General Manger
(ORIGINAL SIGNATURE)

Robert S. Heggy
(PRINT NAME OF SIGNATORY)

3/23/2019
DATE

Revised 07/01/98

**CASE NAME:** Texas Semi Truck Sales LLC
**CASE NUMBER:** 17-36582

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/4/2017 | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | $5,400.00 | $3,437.89 | $8,789.27 | $3,285.70 | | | | |
| Accounts Receivable, Net | $17,103.25 | $17,103.25 | $16,761.00 | $15,690.00 | | | | |
| Inventory: Lower of Cost or Market | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | | | | |
| Prepaid Expenses | | | | | | | | |
| Personal property | | | | | | | | |
| Other - Casualty insurance proceeds | | | | | | | | |
| TOTAL CURRENT ASSETS | $26,503.25 | $24,541.14 | $29,550.27 | $22,975.70 | $- | $- | $- | |
| PROPERTY, PLANT & EQUIP. @ COST | $2,254,600.00 | $2,254,600.00 | $2,254,600.00 | $2,254,600.00 | | | | |
| Less Accumulated Depreciation | $- | | | | | | | |
| NET BOOK VALUE OF PP & E | $2,254,600.00 | $2,254,600.00 | $2,254,600.00 | $2,254,600.00 | $- | $- | $- | |
| OTHER ASSETS | | | | | | | | |
| | $- | | `` | `` | `` | `` | `` | |
| **TOTAL ASSETS** | **$2,281,103.25** | **$2,279,141.14** | **$2,284,150.27** | **$2,277,575.70** | **$-** | **$-** | **$-** | |

**CASE NAME:** Texas Semi Truck Sales LLC
**CASE NUMBER:** 17-36582

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 6/30/2017 | MONTH December | MONTH February | MONTH March | MONTH April | MONTH May | MONTH #REF! | MONTH June |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0 | 0 | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | 626,808 | 626,808 | 626,808 | | | | | |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | 4,072 | 4,072 | 4,072 | | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 630,879 | 630,879 | 630,879 | | | | | |
| **TOTAL LIABILITIES** | 630,879 | 630,879 | 630,879 | | | | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | |
| Owner's Equity - filing date | 1,650,224 | 1,650,224 | 1,650,224 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -1,962 | -3,527 | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,650,224 | 1,648,262 | 1,646,697 | | | | | |
| **TOTAL LIABILITIES & OWNERS EQUITY** | **2,281,103** | **2,279,141** | **2,277,576** | | | | | |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

| | | |
|---|---|---|
| Class 1 | Professional / US Trustee Fees | $ 30,000 |
| Class 2 | Harris County Texas Semi | $ 759 |
| Class 3 | Cy-Fair ISD Texas Semi | $ 827 |
| Class 4 | Comal County | $ 24,681 |
| Class 5 | Comal County | $ 25,540 |
| Class 6 | Stallion Funding | $ 575,000 |
| Class 7 | General Unsecured Claims | $ 4,072 |
| | Total Debt | $ 660,879 |

**CASE NAME:** Texas Semi Truck Sales LLC
**CASE NUMBER:** 17-36582

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH December | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | Total |
|---|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | | | | | | | |
| TAX PAYABLE | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll Taxes | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

***Payment requires Court Approval**

**CASE NAME:** Texas Semi Truck Sales LLC
**CASE NUMBER:** 17-36582

**AGING OF POST-PETITION LIABILITIES**
**MONTH** Jan-18

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | $0.00 | | | | | |
| 31-60 | $0.00 | | | | | |
| 61-90 | $0.00 | | | | | |
| 91+ | $0.00 | | | | | |
| TOTAL | $0.00 | | | | | |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | | | | |
| 31-60 DAYS | | | | | | | | | |
| 61-90 DAYS | | | | | | | | | |
| 91+ DAYS | | | | | | | | | |
| TOTAL | | | | | | | | | |

**CASE NAME:** Texas Semi Truck Sales LLC

**CASE NUMBER:** 17-36582

## STATEMENT OF INCOME (LOSS)

| | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | FILING TO **Date** |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 23,370.97 | 33,107.69 | 21,984.05 | | | | | 78,462.71 |
| TOTAL COST OF REVENUES | -10,992.14 | -15,391.67 | -14,206.07 | | | | | -40,589.88 |
| GROSS PROFIT | 12,378.83 | 17,716.02 | 7,777.98 | | | | | 37,872.83 |
| **OPERATING EXPENSES:** | | | | | | | | |
| Selling & Marketing | | | | | | | | 0.00 |
| General & Administrative | -184.05 | -2,896.69 | -2,637.85 | | | | | -5,718.59 |
| Insiders Compensation | -8,187.33 | -8,433.74 | -8,087.59 | | | | | -24,708.66 |
| Professional Fees | | | | | | | | 0.00 |
| Other (see MOR 7) | -2,185.06 | -116.46 | -351.39 | | | | | -2,652.91 |
| Other - Property Tax Accrual | | | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | -10,556.44 | -11,446.89 | -11,076.83 | | | | | -33,080.16 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 1,822.39 | 6,269.13 | -3,298.85 | | | | | 4,792.67 |
| INTEREST EXPENSE | | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** (Trustee Fees) | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | | 0.00 |
| NET INCOME BEFORE TAXES | 1,822.39 | 6,269.13 | -3,298.85 | | | | | 4,792.67 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $1,822.39 | $6,269.13 | ($3,298.85) | | | | | $4,792.67 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

*Revised 07/01/98*

**CASE NAME:** Texas Semi Truck Sales LLC
**CASE NUMBER:** 17-36582

| CASH RECEIPTS AND DISBURSEMENTS | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $5,400.00 | $3,437.89 | $8,789.27 | | | | | |
| **RECEIPTS:** | | | | | | | | |
| 2. CASH SALES | 23,370.97 | 33,107.69 | $21,984.05 | | | | | 78,462.71 |
| 3. COLLECTION OF Rents | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (AR - past due rent) | | 342.25 | $0.00 | | | | | 342.25 |
| TOTAL RECEIPTS** | 23,370.97 | 33,449.94 | $21,984.05 | | | | | 78,804.96 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | |
| 7. NET PAYROLL | -9,434.06 | -11,482.49 | -$11,269.88 | | | | | -32,186.43 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | -1,568.77 | -1,160.50 | -$808.41 | | | | | -3,537.68 |
| 12. INSURANCE | -280.11 | -2,306.65 | -$1,779.73 | | | | | -4,366.49 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | -116.46 | -$351.39 | | | | | -467.85 |
| 15. TRAVEL & ENTERTAINMENT | -336.18 | -414.96 | -$677.84 | | | | | -1,428.98 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | -1,558.08 | -2,748.68 | -$2,127.78 | | | | | -6,434.54 |
| 17. ADMINISTRATIVE & SELLING | -184.05 | -175.08 | -$180.28 | | | | | -539.41 |
| 18. OTHER - Insider Payments | -8,187.33 | -8,433.74 | -$8,928.31 | | | | | -25,549.38 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | -21,548.58 | -26,838.56 | -$26,123.62 | | | | | -74,510.76 |
| 19. PROFESSIONAL FEES | -2,060.78 | | -$2,000.00 | | | | | -4,060.78 |
| 20. U.S. TRUSTEE FEES | | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS**** | -23,609.36 | -26,838.56 | -$28,123.62 | | | | | -78,571.54 |
| 22. NET CASH FLOW | -1,962.11 | 5,351.38 | -$5,503.57 | | | | | -2,114.30 |
| 23. CASH - END OF MONTH (MOR-2) | $3,437.89 | $8,789.27 | $3,285.70 | | | | | $3,285.70 |

**MOR-7**

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**CASE NAME:** Tri-L I, Ltd.

**CASE NUMBER:** 17-34048

## CASH ACCOUNT RECONCILIATION

## MONTH OF February

| BANK NAME | Woodforest | Woodforest | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | [illegible]2203 | [illegible]1700 | | | | |
| ***ACCOUNT TYPE*** | ***OPERATING DIP*** | ***OPERATING DIP*** | | ***OTHER FUNDS*** | ***TOTAL*** | |
| BANK BALANCE | $ (10.55) | $ 1,296.25 | | $ 2,000.00 | $ 3,285.70 | |
| DEPOSITS IN TRANSIT | | | | | $ - | |
| OUTSTANDING CHECKS | | | | | $ - | |
| ADJUSTED BANK BALANCE | $ (10.55) | $ 1,296.25 | $ - | $ 2,000.00 | $ 3,285.70 | |
| BEGINNING CASH - PER BOOKS | $ 6,007.53 | $ 781.74 | | $ 2,000.00 | $ 8,789.27 | |
| RECEIPTS* | $ 4,311.15 | $ 18,308.90 | | | $ 22,620.05 | |
| TRANSFERS BETWEEN ACCOUNTS** | $ (2,275.00) | $ 2,275.00 | | | $ - | |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $ - | |
| CHECKS/OTHER DISBURSEMENTS* | $ (8,054.23) | $ (20,069.39) | | | $ (28,123.62) | |
| ENDING CASH - PER BOOKS | $ (10.55) | $ 1,296.25 | $ - | $ 2,000.00 | $ 3,285.70 | $ 3,285.70 |
| | | $ - | $ - | | | |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

Transfer to Duron 1499

**CASE NAME:** Texas Semi Truck Sales LLC
**CASE NUMBER:** 17-36582

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July |
|---|---|---|---|---|---|---|---|---|
| 1. Robert Heggy | 8,187.33 | 8,433.74 | 8,087.59 | | | | | |
| 2. Roberto Heggy | 0.00 | 0.00 | 0.00 | | | | | |
| 3. Transfers | | | | | | | | |
| 4. Edmund Schmidt | 0.00 | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $8,187.33 | $8,433.74 | $8,087.59 | $0.00 | $0.00 | $0.00 | $0.00 | |

| PROFESSIONALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Reese Baker | 2,060.00 | | | | | | | |
| 2. Robert Norris | | | 2,000.00 | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $2,060.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | | |