

Page 1 of 7
Statement Period: February 01 - February 28, 2018

 Account Information & Customer Service
1-(877) 968-7962

 P.O. Box 7889 The Woodlands, TX 77387

 Visit Us Online at www.woodforest.com

Like Us On     Follow Us on 


00002300 TW100T03021815455500 7 000000000 2070875416
TEXAS SEMI TRUCK SALES LLC
11118 MAYNARD PL.
HOUSTON TX  77064

## Summary of Accounts

| ACCOUNT TYPE AND NUMBER | BALANCE FORWARD | TOTAL DEBITS | TOTAL CREDITS | CLOSING BALANCE |
|---|---|---|---|---|
| Business Simple Checking ~~xxxxx~~1700 | 781.74 | 20,069.39 | 20,583.90 | 1,296.25 |

## Business Simple Checking ~~xxxxx~~1700

### Transactions

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 02-01 | 2,000.00 | | 2,781.74 | Online Transfer Credit     OL XFER |
| 02-01 | 393.88 | | 3,175.62 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-01 | | 23.60 | 3,152.02 | POS DB CHEVRON 0305116 HOUSTON TX 000000000601691 |
| 02-01 | | 94.69 | 3,057.33 | POS DB GREAT VALUE STORAGE - HOUSTON TX 000000000083530 |
| 02-01 | | 150.00 | 2,907.33 | CASH CK  #Check |
| 02-01 | | 167.00 | 2,740.33 | CASH CK  #79 |
| 02-01 | | 368.00 | 2,372.33 | CASH CK  #80 |
| 02-01 | | 531.00 | 1,841.33 | CASH CK  #82 |
| 02-02 | 427.97 | | 2,269.30 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-02 | 1,284.00 | | 3,553.30 | DEPOSIT |
| 02-02 | | 10.81 | 3,542.49 | POS DB Spotify USA New York NY 000000000489929 |
| 02-02 | | 16.52 | 3,525.97 | POS DB WHATABURGER 154 Q26 HOUSTON TX 000000000229820 |
| 02-02 | | 100.00 | 3,425.97 | Online Transfer Debit     OL XFER |
| 02-02 | | 11.08 | 3,414.89 | ACH-MERCH FEES 611000000130998 BKCD 18553321066 |
| 02-02 | | 58.96 | 3,355.93 | ACH-MERCH FEES 611000000130995 BKCD 18553321066 |
| 02-03 | | 15.00 | 3,340.93 | POS DB CHEVRON/JACK'S HOUSTON TX 000000000441375 |
| 02-03 | | 23.40 | 3,317.53 | POS DB CHEVRON 0373692 HOUSTON TX 000000000255112 |
| 02-03 | | 29.73 | 3,287.80 | POS DB MCDONALD'S F37033 HOUSTON TX 000000000746714 |
| 02-03 | | 200.00 | 3,087.80 | Online Transfer Debit     OL XFER |
| 02-04 | 80.00 | | 3,167.80 | DEPOSIT |
| 02-04 | | 7.53 | 3,160.27 | POS DB NNT FM EXPRESS FOOD030281 HOUSTON TX 000000000336861 |
| 02-04 | | 13.74 | 3,146.53 | POS DB KROGER HOUSTON HOUSTON TX 000000000063317 |
| 02-04 | | 1,100.00 | 2,046.53 | CASH CK  #Check |
| 02-05 | | 10.65 | 2,035.88 | POS DB SHIPLEY DO-NUTS KATY F HOUSTON TX 000000000207392 |
| 02-05 | | 10.81 | 2,025.07 | POS DB Spotify USA New York NY 000000001004541 |
| 02-05 | | 427.48 | 1,597.59 | Check  #83 |
| 02-06 | 44.44 | | 1,642.03 | ACH-MERCH DEP 611000000130998 BKCD 18553321066 |
| 02-06 | 832.53 | | 2,474.56 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-06 | | 9.99 | 2,464.57 | POS DB SHELL Service Station HOUSTON TX 000000000433561 |
| 02-06 | | 140.73 | 2,323.84 | POS DB UNIVERSAL WINDSHIELD R HOUSTON TX 000000000316829 |
| 02-07 | 556.37 | | 2,880.21 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-07 | | 11.99 | 2,868.22 | POS DB 7-ELEVEN NEW BRAUNFELS TX 000000000572385 |
| 02-07 | | 25.00 | 2,843.22 | POS DB FIVE STAR CITGO HOUSTON TX 000000000105308 |
| 02-07 | | 25.52 | 2,817.70 | POS DB SHELL Service S NEW BRAUNFELS TX 000000000278083 |
| 02-07 | | 35.69 | 2,782.01 | POS DB WAL-MART #0865 NEW BRAUNFELS TX 000000000574096 |
| 02-08 | 0.84 | | 2,782.85 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-08 | | 1.00 | 2,781.85 | POS DB TEXAS SEMI TRUCK & RV NEW BRAUNFELS TX 000000000076296 |
| 02-08 | | 8.32 | 2,773.53 | POS DB TA #232 NEW BRAUNFEL NEW BRAUNFELS TX 000000000142245 |
| 02-08 | | 100.00 | 2,673.53 | CASH CK  #777889 |



**MEMBER FDIC  ⌂  EQUAL HOUSING LENDER • AN EQUAL OPPORTUNITY EMPLOYER**



Page 2 of 7
Statement Period: February 01 - February 28, 2018

**Business Simple Checking** ~~1700~~

## Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 02-09 | 31.28 | | 2,704.81 | ACH-ACH PAYMNT 591297 AUTO RENTALS INC |
| 02-09 | 305.24 | | 3,010.05 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-09 | | 23.26 | 2,986.79 | POS DB EL POLLO RICO #7 NEW BRAUNFELS TX 000000000301815 |
| 02-09 | | 30.91 | 2,955.88 | POS DB MOD PIZZA NEW BRAUNFEL NEW BRAUNFELS TX 000000000122067 |
| 02-09 | | 49.47 | 2,906.41 | POS DB NST THE HOME DEPOT 971806 NEW BRAUNFELS TX 000000000856260 |
| 02-09 | | 75.27 | 2,831.14 | POS DB LOWES #02812* NEW BRAUNFELS TX 000000000290127 |
| 02-09 | | 545.19 | 2,285.95 | POS DB DULTMEIER SALES LLC OMAHA NE 000000000410793 |
| 02-10 | | 2.13 | 2,283.82 | POS DB APL* ITUNES.COM/BILL 866-712-7753 CA 000000000070817 |
| 02-10 | | 11.90 | 2,271.92 | POS DB AmazonPrime Membership amzn.com/prme WA 000000000356340 |
| 02-10 | | 26.08 | 2,245.84 | POS DB SHELL Service S NEW BRAUNFELS TX 000000000227157 |
| 02-10 | | 200.00 | 2,045.84 | Online Transfer Debit         OL XFER |
| 02-11 | 445.00 | | 2,490.84 | DEPOSIT |
| 02-11 | | 20.01 | 2,470.83 | POS DB CINCO RANCH EXP KATY TX 000000000094550 |
| 02-12 | 39.15 | | 2,509.98 | ACH-MERCH DEP 611000000130998 BKCD 18553321066 |
| 02-12 | 529.95 | | 3,039.93 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-12 | | 17.29 | 3,022.64 | POS DB WAL Wal-Mart Super 440214 HOUSTON TX 000000000763535 |
| 02-12 | | 552.15 | 2,470.49 | ACH-5122247661 33294191 TEXAS MUTUAL INS |
| 02-13 | 50.60 | | 2,521.09 | ACH-ACH PAYMNT 591297 AUTO RENTALS INC |
| 02-13 | 84.17 | | 2,605.26 | ACH-MERCH DEP 611000000130998 BKCD 18553321066 |
| 02-13 | 974.82 | | 3,580.08 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-13 | 640.00 | | 4,220.08 | DEPOSIT |
| 02-13 | | 5.00 | 4,215.08 | POS DB USPS KIOSK 48632 NEW BRAUNFELS TX 000000000636288 |
| 02-13 | | 9.92 | 4,205.16 | POS DB TRACTOR SUPPLY # NEW BRAUNFELS TX 000000000446400 |
| 02-13 | | 23.01 | 4,182.15 | POS DB SHELL Service S HOUSTON TX 000000000165948 |
| 02-13 | | 28.10 | 4,154.05 | POS DB SEALY TRUCK STO SEALY TX 000000000194865 |
| 02-13 | | 200.00 | 3,954.05 | Online Transfer Debit         OL XFER |
| 02-13 | | 430.70 | 3,523.35 | ACH-PAYMENT 1095-27714 COMBINED GROUP |
| 02-14 | 1,225.60 | | 4,748.95 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-14 | | 25.00 | 4,723.95 | POS DB GTL*INMATE PHONE SVC 877-650-4249 AL 000000000317723 |
| 02-14 | | 26.08 | 4,697.87 | POS DB NNT DAIRY QUEEN #14372958 NEW BRAUNFELS TX 000000000442415 |
| 02-14 | | 104.99 | 4,592.88 | POS DB EDIBLE ARRANGEMENTS 08773637848 CT 000000000459371 |
| 02-14 | | 218.00 | 4,374.88 | DEPOSITED ITEM CHGBACK |
| 02-14 | | 10.00 | 4,364.88 | CHARGE BACK FEE |
| 02-14 | | 565.00 | 3,799.88 | CASH CK  #22223 |
| 02-14 | | 695.00 | 3,104.88 | CASH CK  #22224 |
| 02-14 | | 440.24 | 2,664.64 | CASH CK  #22225 |
| 02-14 | | 897.49 | 1,767.15 | CASH CK  #22227 |
| 02-14 | | 722.43 | 1,044.72 | CASH CK  #22229 |
| 02-14 | | 797.49 | 247.23 | CHECK 22222 |
| 02-15 | 300.00 | | 547.23 | Online Transfer Credit         OL XFER |
| 02-15 | 93.47 | | 640.70 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-15 | | 516.00 | 124.70 | CASH CK  #22230 |
| 02-15 | | 54.00 | 70.70 | Check  #306 |
| 02-16 | 55.20 | | 125.90 | ACH-ACH PAYMNT 591297 AUTO RENTALS INC |
| 02-16 | 766.14 | | 892.04 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-16 | 1,145.00 | | 2,037.04 | DEPOSIT |
| 02-16 | | 28.96 | 2,008.08 | POS DB FIVE BELOW 1125 HOUSTON TX 000000000508598 |
| 02-16 | | 1.50 | 2,006.58 | ATM BALANCE INQUIRY FEE |
| 02-17 | | 16.19 | 1,990.39 | POS DB PANERA BREAD #204035 HOUSTON TX 000000000261084 |
| 02-17 | | 17.00 | 1,973.39 | POS DB SHELL Service Station NEW BRAUNFELS TX 000000000478838 |
| 02-17 | | 21.86 | 1,951.53 | POS DB STRIPES 1518 SEGUIN TX 000000000755367 |
| 02-17 | | 26.79 | 1,924.74 | POS DB CORNER STORE 2313 HOUSTON TX 000000000169824 |
| 02-17 | | 150.00 | 1,774.74 | Online Transfer Debit         OL XFER |
| 02-18 | | 19.16 | 1,755.58 | POS DB BUC-EE'S #22 NEW BRAUNFELS TX 000000000233565 |
| 02-18 | | 27.69 | 1,727.89 | POS DB WAL Wal-Mart Super 520761 HOUSTON TX 000000000278245 |
| 02-18 | | 117.00 | 1,610.89 | CASH CK  #85 |
| 02-19 | | 15.00 | 1,595.89 | POS DB APL* ITUNES.COM/BILL 866-712-7753 CA 000000000602315 |
| 02-19 | | 16.06 | 1,579.83 | POS DB WHATABURGER 1079 HOUSTON TX 000000000602481 |
| 02-19 | | 17.37 | 1,562.46 | POS DB BUC-EE'S #22 NEW BRAUNFELS TX 000000000532800 |
| 02-19 | | 21.64 | 1,540.82 | POS DB AMAZON VIDEO ON DEMAND 888-802-3080 WA 000000000997210 |
| 02-19 | | 21.70 | 1,519.12 | POS DB ABC*PLANET FITNESS 281-8902727 TX 000000000241290 |
| 02-19 | | 32.80 | 1,486.32 | POS DB DENNY'S #8111 OLO 18 NEW BRAUNFELS TX 000000000330557 |



**Business Simple Checking** ~~1500001700~~

## Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 02-19 | | 337.77 | 1,148.55 | POS DB GEICO *AUTO 800-841-3000 DC 000000000634612 |
| 02-20 | 348.13 | | 1,496.68 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-20 | 1,436.00 | | 2,932.68 | DEPOSIT |
| 02-20 | | 7.04 | 2,925.64 | POS DB JULIAS TEXAS TACOS HOUSTON TX 000000000243386 |
| 02-20 | | 7.83 | 2,917.81 | POS DB SHELL Service Station SEGUIN TX 000000000634679 |
| 02-20 | | 25.50 | 2,892.31 | POS DB NNT MAGICO MUFFLER 431798 HOUSTON TX 000000000372151 |
| 02-20 | | 42.89 | 2,849.42 | POS DB WAL Wal-Mart Super 852546 NEW BRAUNFELS TX 000000000679406 |
| 02-20 | | 100.00 | 2,749.42 | Online Transfer Debit      OL XFER |
| 02-20 | | 500.00 | 2,249.42 | CASH CK  #Check |
| 02-20 | | 21.70 | 2,227.72 | ACH-CLUB FEES EDWIN HEGGY PLANET FIT 281-890-2727 |
| 02-20 | | 93.20 | 2,134.52 | ACH-ENT ACH DR CENTERPOINT ENERGY IVR CPENERGY ENTEX |
| 02-20 | | 80.75 | 2,053.77 | Check  #84 |
| 02-21 | 39.37 | | 2,093.14 | ACH-MERCH DEP 611000000130998 BKCD 18553321066 |
| 02-21 | 52.90 | | 2,146.04 | ACH-MERCH DEP 611000000130998 BKCD 18553321066 |
| 02-21 | 440.68 | | 2,586.72 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-21 | 1,740.79 | | 4,327.51 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-21 | | 1.07 | 4,326.44 | POS DB CHEVRON 0373692 HOUSTON TX 000000000184238 |
| 02-21 | | 7.49 | 4,318.95 | POS DB TA #232 NEW BRAUNFEL NEW BRAUNFELS TX 000000000552712 |
| 02-21 | | 14.94 | 4,304.01 | POS DB SUBWAY 00663468 SEGUIN TX 000000000248881 |
| 02-21 | | 19.19 | 4,284.82 | POS DB BURGER KING #266 Q07 HOUSTON TX 000000000028675 |
| 02-21 | | 21.40 | 4,263.42 | POS DB fuel depot # 35 houston TX 000000000194296 |
| 02-21 | | 25.92 | 4,237.50 | POS DB JACK IN THE BOX 0827 NEW BRAUNFELS TX 000000000441513 |
| 02-21 | | 27.78 | 4,209.72 | POS DB TRTHFDR*TRUTHFINDER.C 800-6998081 CA 000000000532506 |
| 02-22 | | 17.62 | 4,192.10 | POS DB SHELL Service Station NEW BRAUNFELS TX 000000000719647 |
| 02-22 | | 17.62 | 4,174.48 | POS DB EL NOPALITO MEXICA NEW BRAUNFELS TX 000000000242403 |
| 02-22 | | 21.36 | 4,153.12 | POS DB U-HAUL OF LANDA NEW BRAUNFELS TX 000000000811431 |
| 02-22 | | 21.64 | 4,131.48 | POS DB SHELL Service Station NEW BRAUNFELS TX 000000000424056 |
| 02-22 | | 32.70 | 4,098.78 | POS DB LIDS 5822 SAN ANTONIO TX 000000000554747 |
| 02-22 | | 87.67 | 4,011.11 | POS DB NST THE HOME DEPOT 131348 NEW BRAUNFELS TX 000000000826267 |
| 02-23 | | 28.34 | 3,982.77 | POS DB WM SUPERCENTER # NEW BRAUNFELS TX 000000000854935 |
| 02-23 | | 90.00 | 3,892.77 | Online Transfer Debit      OL XFER |
| 02-23 | | 129.86 | 3,762.91 | POS DB ATT*BUS PHONE PMT 800-499-7928 TX 000000000301429 |
| 02-23 | | 551.54 | 3,211.37 | POS DB DULTMEIER SALES LLC OMAHA NE 000000000002479 |
| 02-24 | | 0.01 | 3,211.36 | POS DB FOOTLOCKER 800-9916815 WI 000000000005994 |
| 02-24 | | 35.37 | 3,175.99 | POS DB NST THE HOME DEPOT 332724 NEW BRAUNFELS TX 000000000619245 |
| 02-24 | | 205.68 | 2,970.31 | POS DB FOOTLOCKER 800-9916815 WI 000000000004323 |
| 02-25 | | 200.00 | 2,770.31 | Online Transfer Debit      OL XFER |
| 02-26 | 31.28 | | 2,801.59 | ACH-ACH PAYMNT 591297 AUTO RENTALS INC |
| 02-26 | 231.10 | | 3,032.69 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-26 | 1,918.00 | | 4,950.69 | DEPOSIT |
| 02-26 | | 18.03 | 4,932.66 | POS DB BASKIN #355682 HOUSTON TX 000000000475125 |
| 02-26 | | 20.00 | 4,912.66 | POS DB LISA MOTEL HOUSTON TX 000000000233316 |
| 02-26 | | 22.01 | 4,890.65 | POS DB NEW BRAUNFELS FOOD STO NEW BRAUNFELS TX 000000000121728 |
| 02-26 | | 29.84 | 4,860.81 | POS DB DENNY'S #8111 OLO 18 NEW BRAUNFELS TX 000000000029969 |
| 02-26 | | 49.95 | 4,810.86 | POS DB WALGREENS #5423 HOUSTON TX 000000000489699 |
| 02-26 | | 100.00 | 4,710.86 | Online Transfer Debit      OL XFER |
| 02-26 | | 100.00 | 4,610.86 | ATM WDL 13484 Northwest Freeway Houston TX Woodforest National Bank 000000001069100 |
| 02-26 | | 2,000.00 | 2,610.86 | Check  #33333 |
| 02-27 | 638.54 | | 3,249.40 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-27 | | 24.66 | 3,224.74 | POS DB LOVE'S CNTRY KATY TX 000000000277384 |
| 02-27 | | 175.00 | 3,049.74 | Online Transfer Debit      OL XFER |
| 02-27 | | 200.00 | 2,849.74 | Online Transfer Debit      OL XFER |
| 02-27 | | 325.00 | 2,524.74 | Check  #33335 |
| 02-28 | 866.46 | | 3,391.20 | ACH-MERCH DEP 611000000130995 BKCD 18553321066 |
| 02-28 | 535.00 | | 3,926.20 | DEPOSIT |
| 02-28 | | 4.32 | 3,921.88 | POS DB AMAZON VIDEO ON DEMAND 888-802-3080 WA 000000000005984 |
| 02-28 | | 17.63 | 3,904.25 | POS DB MCDONALD'S F5515 NEW BRAUNFELS TX 000000000772249 |
| 02-28 | | 680.00 | 3,224.25 | CASH CK  #10 |
| 02-28 | | 690.00 | 2,534.25 | CASH CK  #12 |
| 02-28 | | 614.00 | 1,920.25 | CHECK |
| 02-28 | | 612.00 | 1,308.25 | CHECK 11 |

# WOODFOREST NATIONAL BANK
MEMBER FDIC

**Business Simple Checking** 1700

## Transactions (continued)

| Date | Credits | Debits | Balance | Description | |
|---|---|---|---|---|---|
| 02-28 | | 12.00 | 1,296.25 | MAINTENANCE FEE | SVC CH* |

## Checks Cleared

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 02-01 | Check | 150.00 | 02-01 | 80 | 368.00 | 02-14 | 22224 | 695.00 |
| 02-04 | Check | 1,100.00 | 02-01 | 82* | 531.00 | 02-14 | 22225 | 440.24 |
| 02-20 | Check | 500.00 | 02-05 | 83 | 427.48 | 02-14 | 22227* | 897.49 |
| 02-28 | Check | 614.00 | 02-20 | 84 | 80.75 | 02-14 | 22229* | 722.43 |
| 02-28 | 10 | 680.00 | 02-18 | 85 | 117.00 | 02-15 | 22230 | 516.00 |
| 02-28 | 11 | 612.00 | 02-15 | 306* | 54.00 | 02-26 | 33333* | 2,000.00 |
| 02-28 | 12 | 690.00 | 02-14 | 22222* | 797.49 | 02-27 | 33335* | 325.00 |
| 02-01 | 79* | 167.00 | 02-14 | 22223 | 565.00 | 02-08 | 777889* | 100.00 |

* Denotes a break in check sequence

**24 Check(s) Paid for a Total of $13,149.88**

## Account Summary

| | | | |
|---|---|---|---|
| Average Balance | $2,322.65 | Minimum Balance on 02/15/2018 | $70.70 |
| Average Collected Balance | $2,027.79 | Number of Days in Cycle | 28 |

## Daily Closing Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02-01 | 1,841.33 | 02-11 | 2,470.83 | 02-20 | 2,053.77 |
| 02-02 | 3,355.93 | 02-12 | 2,470.49 | 02-21 | 4,209.72 |
| 02-03 | 3,087.80 | 02-13 | 3,523.35 | 02-22 | 4,011.11 |
| 02-04 | 2,046.53 | 02-14 | 247.23 | 02-23 | 3,211.37 |
| 02-05 | 1,597.59 | 02-15 | 70.70 | 02-24 | 2,970.31 |
| 02-06 | 2,323.84 | 02-16 | 2,006.58 | 02-25 | 2,770.31 |
| 02-07 | 2,782.01 | 02-17 | 1,774.74 | 02-26 | 2,610.86 |
| 02-08 | 2,673.53 | 02-18 | 1,610.89 | 02-27 | 2,524.74 |
| 02-09 | 2,285.95 | 02-19 | 1,148.55 | 02-28 | 1,296.25 |
| 02-10 | 2,045.84 | | | | |

## Account Item Images Total of 32


02/02/2018   Deposit   $1,284.00


02/04/2018   Deposit   $80.00


02/11/2018   Deposit   $445.00


02/13/2018   Deposit   $640.00



Page 5 of 7
Statement Period: February 01 - February 28, 2018

**Business Simple Checking** ~~1330001700~~

## Account Item Images 32 (continued)



02/16/2018            Deposit            $1,145.00



02/20/2018            Deposit            $1,436.00



02/26/2018            Deposit            $1,918.00



02/28/2018            Deposit            $535.00



02/01/2018            Ck # 0             $150.00



02/04/2018            Ck # 0             $1,100.00



02/20/2018            Ck # 0             $500.00



02/28/2018            Ck # 0             $614.00



02/28/2018            Ck # 10            $680.00



02/28/2018            Ck # 11            $612.00



02/28/2018            Ck # 12            $690.00



02/01/2018            Ck # 79            $167.00



Page 6 of 7
Statement Period: February 01 - February 28, 2018

**Business Simple Checking ~~1700~~**

## Account Item Images 32 (continued)



02/01/2018          Ck # 80          $368.00



02/05/2018          Ck # 83          $427.48



02/18/2018          Ck # 85          $117.00



02/14/2018          Ck # 22222        $797.49



02/14/2018          Ck # 22224        $695.00



02/14/2018          Ck # 22227        $897.49



02/01/2018          Ck # 82          $531.00



02/20/2018          Ck # 84          $80.75



02/15/2018          Ck # 306         $54.00



02/14/2018          Ck # 22223        $565.00



02/14/2018          Ck # 22225        $440.24



02/14/2018          Ck # 22229        $722.43

# Woodforest National Bank
MEMBER FDIC

**Business Simple Checking 12~~5 881~~700**

## Account Item Images 32 (continued)



02/15/2018    Ck # 22230    $516.00



02/26/2018    Ck # 33333    $2,000.00



02/27/2018    Ck # 33335    $325.00



02/08/2018    Ck # 777889    $100.00

**In Case Of Errors Or Questions About Your Electronic Transfers
For Consumer Accounts Only**

Telephone us at **877-968-7962** or write us at the address on the front of this statement as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you **no later than** 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

**Billing Rights Summary
In Case Of Errors Or Questions About Your Revolving Credit**

If you think there is an error on your statement, write to us at Woodforest National Bank, ATTN: Loan Dept., PO Box 7889, The Woodlands, TX  77387-7889.  In your letter, give us the following information:

- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**In Case Of Errors Or Questions About Your Statement**

Please examine this statement upon receipt and report any differences in writing to the bank. If no differences are reported in writing within 30 days, the account will be considered correct.

Please notify us in writing of your change of address.



ACCOUNT RECONCILIATION

THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT.

↑ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE ↑

