

Page 1 of 3
Statement Period: February 01 - February 28, 2018

 Account Information & Customer Service
1-(877) 968-7962

 P.O. Box 7889 The Woodlands, TX 77387

 Visit Us Online at www.woodforest.com

Like Us On    Follow Us on 

00002314 TW100T03021815455500 3 000000000   2080417746

TEXAS SEMI TRUCK SALES LLC
11118 MAYNARD PL.
HOUSTON TX  77064

## Summary of Accounts

| ACCOUNT TYPE AND NUMBER | BALANCE FORWARD | TOTAL DEBITS | TOTAL CREDITS | CLOSING BALANCE |
|---|---|---|---|---|
| Business Simple Checking ####2203 | 6,007.53 | 10,329.23 | 4,311.15 | -10.55 |

**Business Simple Checking ####2203**

## Transactions

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 02-01 | 494.69 | | 6,502.22 | ACH-180201S2 L208332456063 Square Inc |
| 02-01 | | 200.00 | 6,302.22 | Online Transfer Debit         OL XFER |
| 02-01 | | 2,000.00 | 4,302.22 | Online Transfer Debit         OL XFER |
| 02-01 | | 32.86 | 4,269.36 | ACH-JAN INSPRM ROBERT HEGGY MUTUAL OF OMAHA |
| 02-02 | 388.99 | | 4,658.35 | ACH-180202S2 L208332765178 Square Inc |
| 02-02 | | 100.00 | 4,558.35 | Online Transfer Debit         OL XFER |
| 02-05 | 48.62 | | 4,606.97 | ACH-180205S2 L208333408668 Square Inc |
| 02-05 | 300.99 | | 4,907.96 | ACH-180205S2 L208333408667 Square Inc |
| 02-05 | | 65.00 | 4,842.96 | ACH-HA PARTNER ROBERT HEGGY UBAGAP8664384274 |
| 02-05 | | 80.00 | 4,762.96 | ACH-EZTAGSTPPD ROBERT HEGGY HCTRA EFT |
| 02-06 | 895.00 | | 5,657.96 | DEPOSIT |
| 02-06 | | 10.00 | 5,647.96 | POS DB CRAIGSLIST.ORG 04153995200 CA 000000000041235 |
| 02-06 | | 481.94 | 5,166.02 | ACH-SUNTRUSTSP 656000065650148 SUNTRUST CLS |
| 02-07 | 193.93 | | 5,359.95 | ACH-180207S2 L208333743311 Square Inc |
| 02-07 | | 5.41 | 5,354.54 | POS DB DOLLAR GENERAL # NEW BRAUNFELS TX 000000000627561 |
| 02-07 | | 30.86 | 5,323.68 | POS DB BUC-EE'S #40 KATY TX 000000000239979 |
| 02-07 | | 44.23 | 5,279.45 | POS DB EL POLLO RICO #7 NEW BRAUNFELS TX 000000000444703 |
| 02-07 | | 55.73 | 5,223.72 | POS DB OREILLY AUTO #4590 NEW BRAUNFELS TX 000000000666659 |
| 02-07 | | 57.97 | 5,165.75 | POS DB Orbitz*7328147409354 ORBITZ.COM WA 000000000210677 |
| 02-07 | | 200.00 | 4,965.75 | Online Transfer Debit         OL XFER |
| 02-08 | | 81.44 | 4,884.31 | POS DB CAPITOL BEARING & HYDR NEW BRAUNFELS TX 000000000366897 |
| 02-08 | | 216.13 | 4,668.18 | POS DB SAMSCLUB #4721 HOUSTON TX 000000000739808 |
| 02-08 | | 826.45 | 3,841.73 | ACH-Pay TFS ROBERT HEGGY TOYOTA |
| 02-09 | 24.31 | | 3,866.04 | ACH-180209S2 L208334221423 Square Inc |
| 02-09 | | 21.90 | 3,844.14 | POS DB LOS GALLOS NEW BRAUNFELS TX 000000000034844 |
| 02-10 | 75.00 | | 3,919.14 | DEPOSIT |
| 02-11 | | 79.04 | 3,840.10 | POS DB WM SUPERCENTER # HOUSTON TX 000000000164573 |
| 02-12 | | 63.21 | 3,776.89 | ACH-CABLE 4452173 COMCAST |
| 02-13 | | 35.55 | 3,741.34 | POS DB EXXONMOBIL 99270548 HOUSTON TX 000000000271083 |
| 02-13 | | 140.56 | 3,600.78 | POS DB THE DISNEY STORE #936 HOUSTON TX 000000000065220 |
| 02-13 | | 527.18 | 3,073.60 | POS DB Anko Products 800-545-2768 TX 000000000213714 |
| 02-13 | | 120.00 | 2,953.60 | CASH CK  #Check |
| 02-14 | 1,365.02 | | 4,318.62 | ACH-180214S2 L208335198490 Square Inc |
| 02-14 | | 19.95 | 4,298.67 | POS DB AUX*ResumeNow 844-351-7484 000000000149830 |
| 02-14 | | 2.00 | 4,296.67 | INTLFEE |
| 02-15 | | 158.67 | 4,138.00 | POS DB PAPPADEAUX SEAFOOD KIT HOUSTON TX 000000000503107 |
| 02-15 | | 200.00 | 3,938.00 | Online Transfer Debit         OL XFER |
| 02-15 | | 300.00 | 3,638.00 | Online Transfer Debit         OL XFER |
| 02-17 | | 200.00 | 3,438.00 | Online Transfer Debit         OL XFER |



**MEMBER FDIC  🏠  EQUAL HOUSING LENDER • AN EQUAL OPPORTUNITY EMPLOYER**

# WOODFOREST NATIONAL BANK
MEMBER FDIC

Page 2 of 3
Statement Period: February 01 - February 28, 2018

**Business Simple Checking 1~~xxxxx~~2203**

## Transactions (continued)

| Date | Credits | Debits | Balance | Description |
|---|---|---|---|---|
| 02-18 | | 24.75 | 3,413.25 | POS DB BUC-EE'S #22 NEW BRAUNFELS TX 000000000231017 |
| 02-18 | | 40.20 | 3,373.05 | POS DB TIME WISE # 821 HOUSTON TX 000000000147797 |
| 02-19 | | 2.58 | 3,370.47 | POS DB BUC-EE'S #22 NEW BRAUNFELS TX 000000000533656 |
| 02-20 | | 100.00 | 3,270.47 | Online Transfer Debit          OL XFER |
| 02-20 | | 200.00 | 3,070.47 | Online Transfer Debit          OL XFER |
| 02-21 | 136.14 | | 3,206.61 | ACH-180221S2 L208336523679 Square Inc |
| 02-21 | | 126.64 | 3,079.97 | POS DB WAL SAM'S Club 341342 HOUSTON TX 000000000730554 |
| 02-21 | | 244.00 | 2,835.97 | POS DB DTV*DIRECTV SERVICE 800-347-3288 CA 000000000069954 |
| 02-22 | 170.19 | | 3,006.16 | ACH-180222S2 L208336693539 Square Inc |
| 02-22 | | 100.00 | 2,906.16 | Online Transfer Debit          OL XFER |
| 02-22 | | 183.45 | 2,722.71 | POS DB ATT*BUS PHONE PMT 800-499-7928 TX 000000000108154 |
| 02-22 | | 111.00 | 2,611.71 | ACH-INSPAYMENT ROBERT HEGGY CHESAPEAKE-SUREB |
| 02-22 | | 864.00 | 1,747.71 | ACH-LOAN PAY 18506641 TX BAY CU ECM |
| 02-23 | 43.27 | | 1,790.98 | ACH-180223S2 L208337002420 Square Inc |
| 02-23 | | 179.00 | 1,611.98 | POS DB SAFE AUTO INSURANCE CO 08007233288 OH 000000000753156 |
| 02-24 | | 150.00 | 1,461.98 | Online Transfer Debit          OL XFER |
| 02-24 | | 221.38 | 1,240.60 | POS DB FISHBURN VIOLIN SHOP L TOMBALL TX 000000000082629 |
| 02-26 | | 71.25 | 1,169.35 | ACH-INSURANCE HEGGY ROBERT 5STR866-863-9753 |
| 02-27 | 175.00 | | 1,344.35 | Online Transfer Credit         OL XFER |
| 02-27 | | 500.00 | 844.35 | POS DB TOMBALL FORD TOMBALL TX 000000000019894 |
| 02-27 | | 80.00 | 764.35 | ACH-EZTAGSTPPD ROBERT HEGGY HCTRA EFT |
| 02-27 | | 762.90 | 1.45 | ACH-Pay TFS ROBERT HEGGY TOYOTA |
| 02-28 | | 12.00 | -10.55 | MAINTENANCE FEE          SVC CH* |

## Checks Cleared

| Date | Check No | Amount |
|---|---|---|
| 02-13 | Check | 120.00 |

* Denotes a break in check sequence

**1 Check(s) Paid for a Total of $120.00**

## Account Summary

| | | | |
|---|---|---|---|
| Average Balance | $3,203.16 | Minimum Balance on 02/27/2018 | $1.45 |
| Average Collected Balance | $3,178.34 | Number of Days in Cycle | 28 |

## Daily Closing Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02-01 | 4,269.36 | 02-11 | 3,840.10 | 02-20 | 3,070.47 |
| 02-02 | 4,558.35 | 02-12 | 3,776.89 | 02-21 | 2,835.97 |
| 02-05 | 4,762.96 | 02-13 | 2,953.60 | 02-22 | 1,747.71 |
| 02-06 | 5,166.02 | 02-14 | 4,296.67 | 02-23 | 1,611.98 |
| 02-07 | 4,965.75 | 02-15 | 3,638.00 | 02-24 | 1,240.60 |
| 02-08 | 3,841.73 | 02-17 | 3,438.00 | 02-26 | 1,169.35 |
| 02-09 | 3,844.14 | 02-18 | 3,373.05 | 02-27 | 1.45 |
| 02-10 | 3,919.14 | 02-19 | 3,370.47 | 02-28 | -10.55 |

## Account Item Images Total of 3





02/06/2018    Deposit    $895.00



02/10/2018    Deposit    $75.00



Page 3 of 3
Statement Period: February 01  - February 28, 2018

**Business Simple Checking** ~~xxxxxx~~2203

## Account Item Images 3 (continued)



02/13/2018                Ck # 0                $120.00

**In Case Of Errors Or Questions About Your Electronic Transfers
For Consumer Accounts Only**

Telephone us at **877-968-7962** or write us at the address on the front of this statement as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you **no later than** 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

**Billing Rights Summary
In Case Of Errors Or Questions About Your Revolving Credit**

If you think there is an error on your statement, write to us at Woodforest National Bank, ATTN: Loan Dept., PO Box 7889, The Woodlands, TX  77387-7889.  In your letter, give us the following information:

- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**In Case Of Errors Or Questions About Your Statement**

Please examine this statement upon receipt and report any differences in writing to the bank. If no differences are reported in writing within 30 days, the account will be considered correct.

Please notify us in writing of your change of address.

### ACCOUNT RECONCILIATION

THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT.

| $ _____ YOUR BALANCE AS SHOWN ON THIS STATEMENT | CHECKS OUTSTANDING | | $ _____ CHECKBOOK BALANCE (AT STATEMENT DATE) |
|---|---|---|---|
| | NO. | AMOUNT | |
| | | | |
| | | | |
| $ _____ ADD (+) DEPOSITS NOT SHOWN ON THIS STMT (IF ANY) | | | $ _____ SUBTRACT (-) ACTIVITY CHARGE (IF ANY) |
| | | | |
| $ _____ TOTAL | | | $ _____ SUB-TOTAL |
| | | | |
| | | | |
| $ _____ SUBTRACT (-) CHECKS OUTSTANDING (IF ANY) | | | $ _____ SUBTRACT (-) OTHER CHARGES (IF ANY) |
| | | | |
| $ _____ BALANCE | TOTAL | $ | $ _____ BALANCE |

↑ **SHOULD AGREE WITH YOUR CHECKBOOK BALANCE** ↑

