**MOR-1**                                    **UNITED STATES BANKRUPTCY COURT**

| | |  | | |
|---|---|---|---|---|
| CASE NAME: | Texas Semi Truck Sales LLC | | PETITION DATE: | 12/4/2017 |
| CASE NUMBER: | 17-36582 | | DISTRICT OF TEXAS: | Southern |
| PROPOSED PLAN DATE: | Pending | | DIVISION: | Houston |

**MONTHLY OPERATING REPORT SUMMARY   FOR MONTH OF**

| MONTH | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 23370.97 | 33,108 | 21,984 | 28,833 | 34,735 | 36,999 | | | |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 37.89 | 6,269 | -3,299 | -2,628 | 2,990 | 2,246 | | | |
| NET INCOME (LOSS) (MOR-6) | 37.89 | 6,269 | -3,299 | -2,628 | 2,990 | 2,246 | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 13474.83 | 8,434 | 8,088 | 6,440 | 8,999 | 8,999 | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 2000 | 0 | 2,000 | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8)* | 23,371 | 35,269 | 28,124 | 28,285 | 27,055 | 26,927 | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | | | CIRCLE ONE | |
|---|---|---|---|---|---|
| **REQUIRED INSURANCE MAINTAINED** | | | Are all accounts receivable being collected within terms? | Yes | No |
| AS OF SIGNATURE DATE | | EXP. | Are all post-petition liabilities, including taxes, being paid within terms? | Yes | No |
| | | DATE | Have any pre-petition liabilities been paid? | Yes | No |
| CASUALTY | YES ( ) | 19-Feb | If so, describe | | |
| LIABILITY | YES | 18-Aug | Are all funds received being deposited into DIP bank accounts? | Yes | No |
| VEHICLE | YES ( X )  NO ( ) | 18-Aug | Were any assets disposed of outside the normal course of business? | Yes | No |
| WORKER'S | YES ( X ) NO ( ) | 19-Feb | If so, describe | | |
| OTHER | YES ( ) NO ( ) | 19-Feb | Are all U.S. Trustee Quarterly Fee Payments current? | Yes | No |
| | | | What is the status of your Plan of Reorganization? | | |

| | | |
|---|---|---|
| ATTORNEY NAME: | Reese Baker | *I certify under penalty of perjury that the following complete* |
| FIRM NAME: | Baker and Associates | *Monthly Operating Report (MOR), consisting of MOR-1 through* |
| ADDRESS: | 951 Echo Lane | *MOR-9 plus attachments, is true and correct.* |
| | Suite 201 | |
| CITY, STATE, ZIP: | Houston, TX  77025 | SIGNED X  /s/ Robert Heggy          **General Manager** |
| TELEPHONE/FAX: | 713-869-9100 | (ORIGINAL SIGNATURE) |
| | | Robert Heggy                    22-Jun-18 |

**MOR-1**                                         (PRINT NAME OF SIGNATORY)          DATE      Revised 07/01/98